Plaintiff's Name: Cornell Davis
Inmate No.: AW7860
Address: P.O. Box 1020
Soledad CA 93960

LODGED
OCT 20 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
Oct 23, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Davis, Cornell Elijah
(Name of Plaintiff)

1:25-cv-00368-JLT-BAM
(Case Number)

vs.

Rodriges
Angelo
Dr. Zepp
all officers/personal involved in Case report

(Names of all Defendants)

**AMENDED CIVIL RIGHTS COMPLAINT UNDER:**

☒ **42 U.S.C. 1983 (State Prisoner)**

☐ **Bivens Action [403 U.S. 388 (1971)] (Federal Prisoner)**

**I. Previous Lawsuits (list all other previous or pending lawsuits on additional page):**

A. Have you brought any other lawsuits while a prisoner? Yes _X_ No____

B. If your answer to A is yes, how many? __4__

Describe previous or pending lawsuits in the space below. (If more than one, attach additional page to continue outlining all lawsuits in same format.)

1. Parties to this previous lawsuit:
   Plaintiff: Davis
   Defendants: Chavez

RECEIVED
OCT 20 2025
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

2. Court (if Federal Court, give name of District; if State Court, give name of County)

3. Docket Number _____ 4. Assigned Judge _____

5. Disposition (Was the case dismissed? Appealed? Is it still pending?)
Settled

6. Filing Date (approx.) _____ 7. Disposition Date (approx.) _____

## II. Exhaustion of Administrative Remedies

**NOTICE:** Pursuant to the Prison Litigation Reform Act of 1995, "[n]o action shall be brought with respect to prison conditions under [42 U.S.C. § 1983], or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). Prior to filing suit, inmates are <u>required</u> to exhaust the available administrative remedy process, *Jones v. Bock*, 549 U.S. 199, 211, 127 S.Ct. 910, 918-19 (2007); *McKinney v. Carey*, 311 F.3d 1198, 1999 (9th Cir. 2002), and neither futility nor the unavailability of money damages will excuse the failure to exhaust, *Porter v. Nussle*, 534 U.S. 516, 524, 122 S.Ct. 983, 988 (2002). If the court determines that an inmate failed to exhaust prior to filing suit, the unexhausted claims will be dismissed, without prejudice. *Jones*, 549 U.S. at 223-24, 127 S.Ct. at 925-26.

A. Is there an inmate appeal or administrative remedy process available at your institution?

Yes __X__ No _____

B. Have you filed an appeal or grievance concerning **ALL** of the facts contained in this complaint?

Yes __X__ No _____

C. Is the process completed?

Yes _____   If your answer is yes, briefly explain what happened at each level.

No __X__   If your answer is no, explain why not.

All Leo2o's Magically Dissappear After Being Submitted.

## III. Defendants

List each defendant's full name, official position, and place of employment and address in the spaces below. If you need additional space please provide the same information for any additional defendants on separate sheet of paper.

A. Name __Rodriguez__ is employed as __Correctional Officer__

Current Address/Place of Employment __Kern Valley Emp hyena__

B. Name **Gurrola** is employed as **Correctional officer**

Current Address/Place of Employment **Kernvalley**

C. Name **Dr. Zepp** is employed as **Doctor**

Current Address/Place of Employment **Kernvalley State prison**

D. Name **Angulo** is employed as **Correctional officer**

Current Address/Place of Employment **Kernvalley State prison**

E. Name **C.D.C.R** is employed as **Rehabilitation's**

Current Address/Place of Employment **California**

IV. Causes of Action (You may attach additional pages alleging other causes of action and the facts supporting them if necessary. Must be in same format outlined below.)

Claim 1: The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Violation of My 8th amendment c/o Gurrola intentionally took my Hearing aid Home Denying me the Right and Privlidge to Hear I constantly Mocked by c/o gurrolo and Multiple other staff Pertaing to my Disability.

Supporting Facts (Include all facts you consider important to Claim 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 1.):

c/o Gurrola Went and took My Hearing aid Put it in His pocket intentionally to Deprive Davis of A safe Living Condition Denying Davis the Right to talk to His Kid's and Hear there voice's constantly Davis Pleaded for Batteries c/o Rodriguez Went and told Medical to Refuse Me My Batteries which is Not in c/o Rodrigues Job description He is not a Dr Nurse or anything Else c/o Rodrigues Did that Because Davis is Black and Deaf and was being treated Differntly

C/o Angulo was intentionally putting Davis Life in Jeperady By telling inmate's there Not Running Program Because of inmate Davis that's inciting A Riot and intentionally trying to Put Davis life in Jeparady Nowere in the Employee Manual Does it state that's ok and This has Consitently Angulo was trying to get Davis harmed outts and spite and Because Davis is Black and Deaf...

**Claim 2:** The following civil right has been violated (e.g. right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.):

Dr. Zepp violated inmate Davis infront of 3 Female Nurse's He called them in to watch Dr. Zepp Stick and penatrate Davis with Exposed Finger's No glove's in Davis Butthole to humilate Davis infront of females

Supporting Facts (Include all facts you consider important to Claim 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Claim 2.):

Dr. Zepp was adjutated about Davis having wipe's They had A Dispute Dr. Zepp made Davis Stand up pull His pant's Down or Recieve A115 Dr. Zepp called 3 Female Nurse's in the Room and forcefully shoved His Finger's In Davis Rectum no Asking no Lubercant no glove to humilate Davis and abuse his authority and Rape Davis mind. Clear violation of my 8th amendment and All civil Right's you can't Force Me to take my clothes of infront of Female's Stick's finger up my But and Say or Recieve A115 that's Prea and Dr. Zepp took all my Chrono's my Shoe Chrono my Lower Lower my Special Diet My integrity CDCR is Denying Davis the proper Standard's of Rehibilitation Not Providing No Job in 13+ Year's targeting Denial of group's Denial of

The proper term Rehabilitated or Reformed I'm a highschool graduate since before he set foot in prison and is a clear violation of his 1st 4th and 8th Amendment and is being treated differently because of his Disability and Race what State's Da viT of Rehabilitated are NOT It's no gridline it's no requirements it's NOT fair I should have goals from Day 1 in Prison what is Required to Be Deemed Rehabilitated and should have been explained at Sentence the Judge didn't order me to goto prison and NOT get any 115's My Judge said I Eligible for parole in 7 years yet never went to Board Just getting Denied my YOP Eligibility and Everything

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I am Seeking 99,999,999,999.99 For Being Racially Descriminated against and treated Different and Molested/Raped For Being Deaf I am Requesting My transcript Be Reviewed and all Error's Justified and CDCR Review my trail to My living in Prison for Never being Sentenced to Not recieving 115's in prison in A clear violation of my 8th Amendment and My YOP Eligibility Be Enforced and All CDCR Employees involved Be Fired and write a written appologie

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/12/25    Signature of Plaintiff: _____

(Revised 4/4/14)