**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORNELL E. DAVIS, | No.  1:25-cv-00368 JLT BAM (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION FOR FAILURE TO STATE A CLAIM |
| v. | |
| RODRIGUEZ, *et al.*, | |
| Defendants. | (Doc. 18) |

Cornell E. Davis is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On December 3, 2025, the magistrate judge screened Plaintiff's second amended complaint and issued findings and recommendations that this action be dismissed for failure to state a cognizable claim.  (Doc. 18.)  The Court served the findings and recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.* at 11.)  On December 22, 2025, plaintiff filed objections.  (Doc. 19.)

In his objections, Plaintiff states that he has submitted everything asked multiple times. (Doc. 19.)  He would like to start trial immediately as defendants are prolonging and denying his right to proceed by submitting the same dismissal "over and repeatedly."  (*Id.*)  Plaintiff also states his hearing aid was taken home in a correctional officer's pocket.  He would like to move forward as he has done everything asked and is ready for trial.  He also demands a jury trial and a

copy of his docket.  (*Id.*)

According to 28 U.S.C. § 636 (b)(1)(C), this Court performed a *de novo* review of this case.  The Court concludes that the findings and recommendations are supported by the record and proper analysis, and Plaintiff offers no indication in his objections that he can state a cognizable claim for relief or that further leave to amend is warranted.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on December 3, 2025, (Doc. 18), are **ADOPTED**.

2. This action is **DISMISSED** for failure to state a cognizable claim upon which relief may be granted.

3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:    **January 20, 2026**

UNITED STATES DISTRICT JUDGE

2